v.

**PROVIDENT LIFE & ACCIDENT INSURANCE, a Tennessee corporation, Defendant—Appellee.**

No. 02–35815.

D.C. No. CV–01–00457–REJ.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 8, 2003.*

Decided Oct. 28, 2003.

Bradley J. Woodworth, Esq., Lake James H. Perriguey, Esq., Bradley J. Woodworth & Assoc., Portland, OR, for Plaintiff–Appellant.

R. Daniel Lindahl, Esq., Robert Brian Miller, Esq., Robert C. Muth, Bullivant, Houser, Bailey, PC, Portland, OR, for Defendant–Appellee.

Before D.W. NELSON, KOZINSKI, and McKEOWN, Circuit Judges.

MEMORANDUM **

F.N. appeals the dismissal of his claim below on a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss.

F.N. waived his claim for declaratory relief by failing to allege it in his Second Amended Complaint.

F.N. has not alleged facts that would give rise to a claim for intentional infliction of emotional distress or breach of the implied covenant of good faith and fair dealing.

The ruling of the district court is

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.